UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NELSON VELEZ
and other similarly situated individuals,

    Plaintiff(s),

v.                                   Case No.: 3:22-cv-486-MMH-PDB

PRINCETON ACQUISITION LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    PLEASE TAKE NOTICE that Plaintiff, NELSON VELEZ, and other similarly situated individuals ("Plaintiff"), and Defendant, PRINCETON ACQUISITION LLC, ("Defendant"), have reached a settlement in the above-referenced case. The Parties are in the process of finalizing settlement documents and request thirty (30) days to file a Joint Stipulation of Dismissal with Prejudice.

    DATED this 7th day of July, 2022.

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

Respectfully submitted,

| | |
|---|---|
| */s/ Zandro E. Palma* | */s/ Katherine B. Brezinski* |
| | |
| Zandro E. Palma, Esq. | JACKSON LEWIS P.C. |
| ZANDRO E. PALMA, P.A. | 501 Riverside Avenue, Suite 902 |
| 9100 S. Dadeland Blvd. | Jacksonville, FL 32202 |
| Suite 1500 | Telephone: (904) 638-2655 |
| Miami, FL 33156 | Facsimile: (904) 638-2656 |
| E-mail: zep@thepalmagroup.com | |
| | Benjamin D. Sharkey |
| *Attorney for Plaintiff* | Florida Bar No. 0389160 |
| | Benjamin.Sharkey@jacksonlewis.com |
| | Katherine B. Brezinski |
| | Florida Bar No. 1002924 |
| | Katherine.Brezinski@jacksonlewis.com |
| | Kathy.Corbin@jacksonlewis.com |
| | JacksonvilleDocketing@jacksonlewis.com |
| | |
| | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of July, 2022, a true and correct copy of the foregoing has been filed with the Court by using the CM/ECF system which will send a copy to:

> Zandro E. Palma, Esq.
> ZANDRO E. PALMA, P.A.
> 9100 S. Dadeland Blvd., Suite 1500
> Miami, FL 33156
> E-mail: zep@thepalmagroup.com

*Attorney for Plaintiff*

                                                */s/ Katherine B. Brezinski*
                                                Attorney