United States District Court
Middle District of Florida
Jacksonville Division

**NELSON VELEZ,**

 *Plaintiff,*

v.                NO. 3:22-cv-486-PDB

**PRINCETON ACQUISITION, LLC,**

 *Defendant.*

---

## Order and Stipulated Final Judgment

 In this action under the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201–219, the parties move under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1354 (11th Cir. 1982), for approval of a settlement and dismissal with prejudice. Doc. 23.

 Under *Lynn's*, a court may approve a settlement of a FLSA claim for back wages or liquidated damages only if the court determines the settlement is a fair and reasonable resolution of a bona fide dispute. 679 F.2d at 1355. In making that determination, the court may consider the existence of fraud or collusion behind the settlement; the complexity, expense, and likely duration of the litigation; the stage of proceedings and the amount of discovery completed; the probability of the plaintiff's success on the merits; the range of possible recovery; and the opinions of counsel. *Leverso v. SouthTrust Bank of Ala., Nat'l Ass'n*, 18 F.3d 1527, 1530 n.6 (11th Cir. 1994).

 Here, the Court has carefully considered the record, including the original complaint, Doc. 1; the answer and defenses, Doc. 10; the amended

complaint, Doc. 11; the plaintiff's answers to the Court's interrogatories, Doc. 12; the original joint motion, Doc. 18; and the renewed joint motion, Doc. 23.

Applying *Lynn's*, accepting the parties' representations in the renewed joint motion, and considering the circumstances (including the defendant's "adamant denial" of the allegations, the plaintiff's risk of receiving nothing if he proceeds through trial, and that both parties are represented by counsel), the Court **grants** the motion, Doc. 23, **approves** the settlement as a fair and reasonable resolution of a bona fide dispute, **dismisses** the action with prejudice, and **directs** the clerk to **close** the file.

**Ordered** in Jacksonville, Florida, on September 12, 2022.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*